**People of the State of Illinois, Defendant in Error, v. James Stinson, Plaintiff in Error.**

Gen. No. 50,337. <span style="background:black"> </span>

First District, Fourth Division.

December 3, 1965.

Michael Anthony Lowe, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.